

# United States District Court

### DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHANNA S. GEORGIA,<br>                        Plaintiff,<br><br>    VS.<br><br>CITY OF BRIDGEPORT; DONALD DAY, IN His Official Capacity As Fire Captain And In His Personal Capacity; EARL PETTWAY, In His Official Capacity As Deputy Fire Chief And In His Personal Capacity; MICHAEL MAGLIONE, In His Official Capacity As Fire Chief And In His Personal Capacity,<br>                        Defendants. | CIVIL ACTION<br>NO. 3:01 CV-00717 (AVC) |
| ELIZABETH SCHILLER,<br>                        Plaintiff,<br><br>    VS.<br><br>CITY OF BRIDGEPORT; DONALD DAY, IN His Official Capacity As Fire Captain And In His Personal Capacity; EARL PETTWAY, In His Official Capacity As Deputy Fire Chief And In His Personal Capacity; MICHAEL MAGLIONE, In His Official Capacity As Fire Chief And In His Personal Capacity,<br>                        Defendants. | CIVIL ACTION<br>NO. 3:01 CV-00452 (AVC)<br><br>(CONSOLIDATED)<br><br>October 15, 2003 |

1

APPEARANCE

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

DEFENDANTS:
CITY OF BRIDGEPORT,
EARL PETTWAY,
MICHAEL MAGLIONE

October 15, 2003
Date

*Signature*
Gwen P. Weisberg         408740
Print Name & Juris Number
850 Main Street, P.O. Box 7006
Address
Bridgeport, CT, 06601-7006
City        State        Zip Code
(203) 330-2000
Phone

## CERTIFICATION

Pursuant to Fed. R. Civ. P.5 (b), I hereby certify that, on the 15th of October, 2003, a copy of the foregoing was forwarded by first class mail, postage pre-paid, to the following *pro se* parties and counsel of record:

Susan V. Wallace
11 Blue Orchard Drive
Middletown, CT 06457

John R. Mitola
John P. Bohannon, Jr.
Office of the City Attorney
999 Broad Street
Bridgeport, CT 06604

Richard L. Albrecht
Cohen and Wolf, P.C.
1115 Broad Street
P.O. Box 1821
Bridgeport, CT 06601-1821

Gwen P. Weisberg

HTFD/67551.1/GPW/125235v1